[Nos. 38237-7-II; 38307-1-II.  Division Two.  December 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SHALAMAR
HAMILTON JANUARY, *Appellant*.

*In the Matter of the Personal Restraint of* SHALAMAR
HAMILTON JANUARY, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 07-1-05700-7, Kitty-Ann van Doorninck, J.,
entered July 25, 2008, together with a petition for relief
from personal restraint. Judgment *affirmed* and petition
*dismissed* by unpublished opinion per Van Deren, C.J.,
concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 38253-9-II.  Division Two.  December 22, 2009.]

*In the Matter of the Marriage of* TRACEY L. HECKMAN,
*Respondent*, and JAMES C. HECKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 06-3-01343-9, Theodore F. Spearman, J., en-
tered August 1, 2008. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Houghton, J., con-
curred in by Van Deren, C.J., and Bridgewater, J.

[No. 38330-6-II.  Division Two.  December 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE D.
RUDOLPH, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 08-1-00745-0, Christine A. Pomeroy, J.,
entered September 12, 2008. *Affirmed* by unpublished opin-
ion per Van Deren, C.J., concurred in by Houghton and
Quinn-Brintnall, JJ.